**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| THOMAS A. KURANDA, | : | |
| DEBTOR. | : | BANKRUPTCY NO. 07-15107-MDC |

# **O R D E R**

**AND NOW**, upon consideration of the objection filed by Michael A. Kaliner, Chapter 7 Trustee (the "Trustee"), to Proof of Claim No. 16 of Law Street Capital, LLC (the "Objection") and the Response of Law Street Capital, LLC thereto, hearing thereon, and for the reasons set forth in the accompanying Memorandum,

It is hereby **ORDERED** that the Objection is **OVERRULED**.

Dated: February 17, 2012

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE